# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Case No. 08-17031 |
| Mindy Renee Frasher | : | Chapter 7 |
| Debtor | : | Judge Hopkins |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The amount of $3.26 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Middletown Public Library<br>125 South Broad Street<br>Middletown, Ohio 45044 | 2 | $1.02 |
| Cincinnati Bell Wireless<br>221 E. 4th Street<br>ML347-200<br>Cincinnati, Ohio 45202 | 6 | $2.24 |

Total Unclaimed/Small
Dividends $25.00 or Under
$3.26

Total Unclaimed
Dividends Over $25.00
$

Dated:          /s/ Henry E. Menninger, Jr.
                Case Trustee
                Henry E. Menninger, Jr.

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing Notice was served electronically upon the Office of the U.S. Trustee this 9th day of February, 2010.

 Office of the U.S. Trustee
 Monica.Kindt@usdoj.gov

        /s/ Henry E. Menninger, Jr.
        Henry E. Menninger, Jr., Trustee